IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:24-cv-10880-AK

FREDERIK BRODEN,

    Plaintiff,

v.

PRIVATE BUSINESS JETS, LLC d/b/a
FLYPRIVATE,

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Chip Muller, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiff in this case. My bar number is 672100. Pursuant to Local Rule 83.5.3, I am moving for the admission of Daniel DeSouza to appear *pro hac vice* in this case as counsel for Plaintiff. Mr. DeSouza is a member of the Florida Bar, the New York Bar, the District of Columbia Bar, the New Jersey Bar, and the Pennsylvania Bar. I have verified that Mr. DeSouza is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3(e)(3) signed certification is attached to this motion:

**WHEREFORE**, it is respectfully requested that this Court enter an Order specially admitting Daniel DeSouza as co-counsel for Plaintiff in the above-captioned case.

Dated: September 19, 2024.
                                       Plaintiff,
                                       FREDERIK BRODEN,
                                       By and through his attorney,

                                       s/    Chip Muller
                                       Chip Muller, Esq. (BBO# 672100)
                                       Muller Law, LLC

47 Wood Avenue  
Barrington RI  02806  
(401) 256-5171  
chip@mullerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Chip Muller

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Chip Muller, counsel for Plaintiff in the above captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with counsel for Defendant regarding this Motion. Defendant's attorneys had no objection to this Motion.

Dated: September 19, 2024.          By: /s/ Chip Muller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:24-cv-10880-AK

FREDERIK BRODEN,

    Plaintiff,

v.

PRIVATE BUSINESS JETS, LLC d/b/a
FLYPRIVATE,

    Defendant.

## RULE 83.5.3(e)(3) CERTIFICATION

Pursuant to Local Rule 83.5.3(e)(3), I, Daniel DeSouza, hereby certify the following:

1.    I am admitted to practice in the New York Court of Appeals, the Florida Supreme Court, the District of Columbia Supreme Court, the New Jersey Supreme Court, the Pennsylvania Supreme Court, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the Western District of Arkansas, the United States District Court for the District of Nebraska, the United States District Court for the District of New Mexico, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District

3

Court for the Northern District of Illinois, the United States District Court for the District of Maryland, the United States District Court for the Western District of Texas, the United States District Court for the Eastern District of Missouri, the United States District Court for the District of Columbia, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Eastern District of Oklahoma, the United States District Court for the District of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

2. I am not the subject of pending disciplinary proceedings in any jurisdiction.

3. I have not previously had an admission to this Court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.


Dated: September 19, 2024.

        COPYCAT LEGAL PLLC
        3111 N. University Drive
        Suite 301
        Coral Springs, FL 33065
        Telephone: (877) 437-6228
        dan@copycatlegal.com


        By: /s/ Daniel DeSouza
            Daniel DeSouza, Esq.