IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:24-cv-10880-AK

FREDERIK BRODEN,

    Plaintiff,

v.

PRIVATE BUSINESS JETS, LLC d/b/a
FLYPRIVATE,

    Defendant.

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, plaintiff Frederik Broden ("Plaintiff") hereby serves written notice of Plaintiff's acceptance of the attached Offer of Judgment made by Defendant on September 24, 2024. The Offer of Judgment provides for entry of judgment against Defendant in the amount of $3,000.00 "plus an amount for Plaintiff's costs, exclusive of attorney's fees." Plaintiff can file a Bill of Costs in connection with such taxable costs, but the only taxable costs incurred at this time are the Complaint filing fee ($405.00) and service of process ($75.00).[1]

Dated: October 8, 2024.
                                                              s/ Chip Muller
                                                              Chip Muller, Esq. (BBO# 672100)
                                                              Muller Law, LLC
                                                              47 Wood Ave.
                                                              Barrington RI 02806
                                                              (401) 256-5171
                                                              chip@mullerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing document with

---

[1] A true and correct copy of the invoice for service of process is attached hereto.

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Chip Muller\_\_\_

Chip Muller