UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

Case No. 1:24-cv-10880

FREDRIK BRODEN,

    Plaintiff,

v.

PRIVATE BUSINESS JETS, LLC,
d/b/a FlyPrivate,

    Defendant.

---

**DEFENDANT PRIVATE BUSINESS JETS, LLC'S
RULE 68 OFFER OF JUDGMENT
TO PLAINTIFF FREDRIK BRODEN**

Defendant Private Business Jets, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 68, without admitting any liability, hereby offers to allow judgment to be entered against it and in favor of plaintiff Fredrik Broden ("Plaintiff") in this case.

1. This offer of judgment is made by Defendant to Plaintiff.

2. Judgment shall be entered against Defendant in the total amount of three thousand dollars and zero cents ($3,000.00) for damages.

3. This offer of judgment includes any and all damages sought by Plaintiff in this action against Defendant, including any and all claims for monetary damages, punitive damages, expenses, interest, and attorney's fees. There are no non-monetary terms other than as may be required by Rule 68.

4. In addition, the judgment entered against Defendant shall include an amount for Plaintiff's costs, exclusive of attorney's fees, incurred in connection with Plaintiff's prosecution

of his claim, through the date of Plaintiff's acceptance of this offer of judgment, in an amount to be agreed upon by Plaintiff and Defendant or, alternatively, as determined by the Court.

5. This offer of judgment is made solely for the purposes specified in Fed. R. Civ. P. 68 and is not an admission of liability by Defendant or that Plaintiff has suffered any damages.

Dated: September 24, 2024.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*
*Admitted pro hac vice*

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY I hereby certify that a true and correct copy of the foregoing was served by email and U.S. First Class Mail, pursuant to Fed. R. Civ. P. 5(b)(2) and Local Rule and 5.2(a) on September 24, 2024, on Fredrik Broden:

*Attorneys for Plaintiff*

**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Daniel DeSouza, Esq.
Florida Bar No.: 19291
dan@copycatlegal.com
*admitted pro hac vice*

Chip Muller, Esq.
**MULLER LAW, LLC**
47 Wood Avenue
Barrington, RI 02806
chip@rnullerlaw.com

Sean T. O'Kelly, Esq.
**O'KELLY & O'ROURKE, LLC**
824 N. Market Street
Suite 1001A
Wilmington, DE 19801
Phone: (302) 778-4000
Direct: (302) 778-4001
sokelly@okorlaw.com

                                                      /s/ Griffin Klema
                                                Griffin C. Klema, Esq.