UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREDRIK BRODEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-CV-10880-AK |
| v. ) | |
| ) | |
| PRIVATE BUSINESS JETS, LLC, ) | |
| d/b/a Fly Private, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

**A. KELLEY, D.J.**

   Upon consideration of the Plaintiff's Notice of Acceptance [Dkt. 33], and it appearing that all of the conditions for entry of judgment under Federal Rule of Civil Procedure 68 have been met, it is hereby **ORDERED** that the Clerk shall enter Judgment enter in favor of Plaintiff and against Defendant in the amount of $3,000.00 and Costs in the amount of $480.00.

Dated: March 4, 2025                                            By the Court,

                                                                /s/ Miguel Lara
                                                                Deputy Clerk