UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

Case No. 1:24-cv-10880

FREDRIK BRODEN,

    Plaintiff,

v.

PRIVATE BUSINESS JETS, LLC,
d/b/a FlyPrivate,

    Defendant.

### DEFENDANT'S MOTION FOR SANCTIONS UNDER 28 US.C. § 1927 AND THE COURT'S INHERENT AUTHORITY

Defendant, PRIVATE BUSINESS JETS, LLC ("Fly Private"), moves the Court for sanctions against plaintiff Fredrik Broden's counsel, CopyCat Legal PLLC and Daniel DeSouza, pursuant to (1) 28 U.S.C. § 1927 and (2) the Court's inherent authority. Fly Private files separately a memorandum of law together with supporting declarations, which more fully describes the objectively unprofessional, unethical, harassing, and annoying litigation tactics that supports sanctions.

For relief, defendant, Private Business Jets, LLC, requests the Court:

a) grant its motion;

b) find that plaintiff's counsel Daniel DeSouza's conduct in this litigation was objectively harassing or annoying, unreasonable, vexatious, and multiplied the proceedings;

c) sanction Mr. DeSouza pursuant to 28 U.S.C. § 1927 by awarding defendant its reasonable attorney's fees incurred as a result of that conduct;

d) alternatively, sanction Mr. DeSouza pursuant to the Court's inherent authority by awarding defendant its reasonable attorney's fees incurred as a result of that conduct;

e) revoke Mr. DeSouza's admission in this court; and

f) for such further relief as the Court deems just and proper.

Dated: March 22, 2025.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*

## CERTIFICATE OF CONFERRAL

I certify that on March 4, 2025, pursuant to Local Rule 7.1(a)(2), I conferred with counsel for plaintiff Fredrik Broden, Mr. Daniel DeSouza, by telephone, and both he and Broden oppose the relief sought in this motion.

/s/ Griffin Klema
Griffin C. Klema, Esq.